■ JOHN O. YOUNG, Appellant, v. LOUIS J. TABER et al., Respondents.— Appeal dismissed unless printed records and briefs are filed and served on or before August 15, 1959.

■ EARL C. SYLVANDER et al., Appellants, v. LOUIS J. TABER et al., Respondents, and LOUIS J. LEFKOWITZ, Attorney-General, Intervenor-Respondent.— Motion to dispense with printing of exhibits granted. Memorandum: We construe the decision of the Trial Judge to be that the exhibits shall be included in the record pursuant to the provisions of rule 232 of the Rules of Civil Practice. We determine in the exercise of our discretion that it is not necessary to print the exhibits. Permission is given to present the original exhibits at the time of the argument of the appeal. (*Prudential Ins. Co.* v. *Stone,* 244 App. Div. 168; *Matter of Bond & Mtge. Guar. Co.,* 261 App. Div. 963; *Matter of Davis,* 273 App. Div. 973.)

■ LESIA PIOTROWSKYJ, an Infant, et al., Appellants, v. ANDREW MENCZAK et al., Respondents.— Motion granted to extent appellant may appeal on one typewritten copy of transcript of testimony and an original and five typewritten copies of other papers constituting record on appeal as provided by rule 234 of the Rules of Civil Practice, and five typewritten copies of brief, and otherwise motion denied; appeal dismissed unless records and briefs are filed by August 15, 1959.

■ GENERAL OUTDOOR ADVERTISING CO., INC., Respondent, v. ROSE M. COPPOLA, Doing Business as ROSA'S RESTAURANT, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before August 10, 1959.

■ WILLIAM E. KROMER, Appellant, v. NEW YORK STATE THRUWAY AUTHORITY, Respondent.— Motion granted to extent appellant may appeal on one typewritten copy of transcript of testimony and an original and five typewritten copies of other papers constituting record on appeal as provided by rule 234 of the Rules of Civil Practice and five typewritten copies of a brief and upon one typewritten copy of each of reporter's transcripts of examination before trial of the employees of the defendant-respondent (Claimant's Exhibits " 14 " and " 15 "), and otherwise motion denied.

■ THOMAS LIZAK, Appellant, v. ROGER BOUCHER, Respondent.— Motion granted to extent appellant may appeal on one typewritten copy of transcript of testimony and an original and five typewritten copies of other papers constituting record on appeal as provided by rule 234 of the Rules of Civil Practice and five typewritten copies of a brief, and otherwise motion denied.

■ In the Matter of the Estate of CARRIE A. BEACH, Deceased. PRISCILLA A. BEACH, Appellant; ROBERT BEACH et al., Respondents.— Motion to dismiss appeal on the ground that appellant has no right to appeal denied, with leave to renew upon argument of the appeal; appellant directed to file and serve printed records and briefs on appeal on or before August 10, 1959; respondent to file printed brief on or before September 1, 1959.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SMITH, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1959 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT PITCHER, Appellant.— Motion to appeal on mimeographed records and briefs granted and time for argument of appeal enlarged to include September 1959 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH O. VAN SLYKE, Appellant.— Motion to appeal as a poor person and for other